(78 South. 307)

MOORE v. STATE. (6 Div. 372.)

(Court of Appeals of Alabama. March 12, 1918.)

Appeal from Circuit Court, Walker County; T. L. Sowell, Judge.

Pete Moore was convicted of burglary and grand larceny, and he appeals. Reversed and remanded.

Leith & Powell, of Jasper, for appellant. F. Loyd Tate, Atty. Gen., and David W. W. Fuller, Asst. Atty. Gen., for the State.

BRICKEN, J. This defendant was indicted, tried, and convicted for the offense of burglary and grand larceny. The material questions involved in this appeal have been passed upon and

decided by this court in the case of Cook v. State, ante, p. 390, 78 South. 306, present term.

Under authority of that case, the judgment of conviction in the lower court is reversed, and the cause remanded.

Reversed and remanded.